IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Williams, Bruce K | Case Number: 04 B 26492 |
|---|---|---|
| | Williams, Flora M | Judge: Hollis, Pamela S |
| | Printed: 12/28/07 | Filed: 7/16/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 7, 2007
Confirmed: September 27, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 21,609.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 20,053.92 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 1,114.08 |
| Other Funds: | | 441.00 |
| Totals: | 21,609.00 | 21,609.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | RoundUp Funding LLC | Unsecured | 710.77 | 1,685.60 |
| 2. | Comcast Cablevision | Unsecured | 54.25 | 128.65 |
| 3. | Resurgent Capital Services | Unsecured | 867.71 | 2,057.76 |
| 4. | RoundUp Funding LLC | Unsecured | 3,559.45 | 8,441.22 |
| 5. | ECast Settlement Corp | Unsecured | 166.97 | 395.98 |
| 6. | RoundUp Funding LLC | Unsecured | 3,097.08 | 7,344.71 |
| 7. | Household Bank FSB | Unsecured | | No Claim Filed |
| 8. | Bruce Cable DDS | Unsecured | | No Claim Filed |
| 9. | Household Credit Services | Unsecured | | No Claim Filed |
| 10. | SBC | Unsecured | | No Claim Filed |
| 11. | South Suburban Hospital | Unsecured | | No Claim Filed |
| 12. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 13. | South Suburban Cardiology | Unsecured | | No Claim Filed |
| 14. | Superior Air Ground | Unsecured | | No Claim Filed |
| | | | $ 8,456.23 | $ 20,053.92 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 229.01 |
| 4% | 52.25 |
| 3% | 40.22 |
| 5.5% | 217.33 |
| 5% | 66.99 |
| 4.8% | 127.02 |
| 5.4% | 381.26 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Williams, Bruce K<br>Williams, Flora M<br>Printed: 12/28/07 | Case Number: 04 B 26492<br>Judge: Hollis, Pamela S<br>Filed: 7/16/04 |

_____
$ 1,114.08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

